IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CINCINNATI SPECIALITY UNDERWRITERS
INSURANCE COMPANY, *et al.*,

    Plaintiffs,

v.

WEDEKEMPER'S INC., *et al.*,

    Defendants.                                     No. 12-cv-193-DRH-PMF

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii) (Doc. 67). All parties stipulate that this matter may be dismissed in its entirety. The Court hereby **ACKNOWLEDGES** said notice and holds that this action is **DISMISSED without prejudice**. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Signed this 10th day of January, 2013.

David R. Herndon
2013.01.10
18:02:54 -06'00'

**Chief Judge**
**United States District Court**